UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22-CR-123 (KMW) |
| v. | |
| ISIAKA BOLARINWA | |

ORDER

This matter having come before the Court on May 17, 2024 on Defendant Isiaka

Bolarinwa's motion for judgment of acquittal after his conviction at trial on Counts 3, 4, and 5 of

the Superseding Indictment; and the Court having granted Defendant's motion for judgment of

acquittal on Counts 3, 4, and 5 of the Superseding Indictment; and for good cause shown,

It is on this __ day of May, 2024,

ORDERED that Counts 3 and 4 of the original Indictment be dismissed.

HON. KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE